UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:
_____

| | | |
|---|---|---|
| BYUNGMIN CHAE, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Court No. 20-00316 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
_____:

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marcella Powell, hereby enters her appearance as attorney

of record for the United States, defendant, in the above-captioned action, and requests that all

papers in connection therewith be referred to her attention.

                              Respectfully submitted,

                              JEFFREY BOSSERT CLARK
                              Acting Assistant Attorney General

                              JEANNE E. DAVIDSON
                              Director

                    BY:    /s/Justin R. Miller
                              JUSTIN R .MILLER
                              Attorney-in-Charge
                              International Trade Field Office

                              /s/ Marcella Powell
                              MARCELLA POWELL
                              Senior Trial Counsel
                              Department of Justice, Civil Division
                              Commercial Litigation Branch
                              26 Federal Plaza, Room 346
                              New York, New York 10278
Dated:  October 2, 2020       Attorneys for Defendant
                              (212) 264-1873 or 9230