ERRATA

In *Chae v. Sec'y of the Treasury*, Court No. 20-00316, Public Slip Op. 21-57, dated May 7, 2021

Page 21: On line 5, replace "2021" with "2020."  On line 16, replace "2021" with "2020."

May 19, 2021