## NOTICE OF APPEAL

(Date) 7/8/2022

Clerk of the Court
United States Court of International Trade
Case Management Section - Room 397
One Federal Plaza
New York, NY 10278-0001

RE:   Notice of Appeal

In:   Chae v. Secretary of the Treasury

Court No.   20-00316

Dear Clerk of the Court,

  Please consider this my notice of appeal to the United States Court of Appeals for the Federal Circuit of USCIT decision, Slip Op. 22-59 entered June 6, 2022 in the above-referenced case.

  Enclosed is a check in the amount of $505, the fee required to file a Notice of Appeal, made payable to: Clerk, U.S. Court of International Trade.*

Sincerely,

(Plaintiff Name) Byungmin Chae
(Plaintiff Address) 3638 S 205th St
(Plaintiff Phone Number) Elkhorn, NE 68022
Tel. 646-678-0066

cc:   (Defendant Name) United States Secretary of Treasury
  (Defendant Address) United States Secretary of Homeland Security
  United States Department of Treasury
  United States Customs & Border Protection

* Please consult paragraph 2 of your Notice to Pro Se Litigant of Unfavorable Decision

RECEIVED & FILED

2022 JUN -1  P 3:25

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK