ERRATA

In *Chae v. Secretary of the Treasury*, Court No. 20-00316, Slip Op. 21-57, dated May 7, 2021

Page 6: In line 16, replace "19 U.S.C. § 2636(g)" with "28 U.S.C. § 2636(g)."

Page 18: In line 14, replace "19 U.S.C. § 2636(g)" with "28 U.S.C. § 2636(g)."

Page 24: In line 18, replace "19 U.S.C. § 2636(g)" with "28 U.S.C. § 2636(g)."

September 20, 2024